840

No. 80-6478. HARRIS *v.* MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 80-6479. THOMPSON *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 80-6486. MAPSON *v.* PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 80-6516. YELLEN *v.* LONG, EXECUTOR, ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 80-6517. FRANK *v.* BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 80-6520. SOUZA *v.* RHODE ISLAND. Sup. Ct. R. I. Certiorari denied.

No. 80-6529. SAPIO *v.* GOLD, DISTRICT ATTORNEY OF KINGS COUNTY. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 80-6533. POWELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80-6544. JOHNSON *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 80-6545. HARVEY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 80-6548. OTHERSON ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80-6568. CHERRY *v.* DIRECTOR, STATE BOARD OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.